# Schnader
### ATTORNEYS AT LAW

1600 MARKET STREET   SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000   FAX 215.751.2205   schnader.com

February 1, 2019

Jo Bennett
Direct Dial 215-751-2134
Direct Fax 215-972-7234
E-Mail: jbennett@schnader.com

**VIA ECF FILING**

The Honorable Colm F. Connolly
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE 19801-3555

       **RE:** *Lampkins v. Mitra QSR KNE, LLC*
             **Civil Action No. 1:16-cv-00647-CFC**

Dear Judge Connolly:

       Defendant submits this brief statement concerning its position on the Plaintiff's characterization of her "protected status" on her claims under Title VII of the Civil Rights Act of 1064, 42 U.S.C. § 2000e *et seq*. Defendant opposes the use of the phrase "nursing mother." A nursing mother is feeding a child at the time of the nursing (or breast-feeding her baby). A woman who pumps is not nursing her child at the time of pumping. Pumping is a way to feed that child at a later date by the woman or by another individual. In short, a woman cannot nurse and pump at the same time.

       Further, the term "nursing mother" has a danger of raising sympathy with the jury. The statute prohibits discrimination based on sex, and the common terminology used in cases of this type is "woman" or "man."

**Schnader**
ATTORNEYS AT LAW

The Honorable Colm F. Connolly
February 1, 2019
Page 2

Respectfully submitted,

*/s/ Daniel M. Pereira*
Richard A. Barkasy, Esq.
(Bar No. 4683)
Daniel M. Pereira, Esq.
(Bar No. 6450)
SCHNADER HARRISON SEGAL & LEWIS LLP
824 N. Market Street, Suite 800
Wilmington, DE 19801
Phone: (302) 888-4554

and

Jo Bennett (*admitted pro hac vice*)
(Pa. Bar No. 78333)
Samantha Banks (*admitted pro hac vice*)
(Pa. Bar No. 319401)
SCHNADER HARRISON SEGAL & LEWIS LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 751-2134