## Plaintiff's Exhibits Admitted at Trial

16cv647-CFC

| Plaintiff Exhibit # | Description |
|---|---|
| PX1 | Offer Letter-Martin 1, Davis 1 |
| PX2 | Learning Zone Job Role Chart-Martin 2, Davis 2, Mitra 2 |
| PX4 | Urgent HR Issues in DE-Martin 4, Jacobi 3 |
| PX6 | Direct Deposit Vouchers-Martin 6, Davis 8, Lampkins 7 |
| PX8 | Mitra QSR Employee Handbook-Lampkins 1, Jacobi 1 |
| PX14 | Binder: "Autumn Lampkins v. Mitra QSR, et al, Mitra QSR Notebook (or portions thereof) produced by Plaintiff as Part of Plaintiff's 26(a)(1) Initial Disclosures-Lampkins 4 |
| PX 22 | Week One Day One Orientation/Onboarding |
| PX 23 | Area Coach Feedback Visit |
| PX 25 | Week Three Training Report |
| PX 26 | Week Four Training Report |
| PX27 | Week Five Training Report |
| PX28 | Week Six Training Report |
| PX 29 | Taco Bell Training Schedule-First Week |
| PX 31 | Transition Week- Training Store-Home |
| PX 32 | Stipulation |

## LAMPKINS V. MITRA

## DEFENSE EXHIBITS

| Exhibit Number | Description |
|---|---|
| D-1 | Employee Handbook |
| D-5 | Plaintiff's Training Notebook |
| D-25B | Lampkins Time Punches (Dover) |