IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTUMN LAMPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 16-647-CFC |
| | ) |
| MITRA QSR KNE, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 12th day of February, 2019,

IT IS ORDERED that the Clerk of Court for the District of Delaware be and is hereby directed to furnish lunch for eight (8) jurors in the above captioned case for the dates of February 7-8, 2019.

_____
United States District Judge

cc: Financial Administrator