IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AUTUMN LAMPKINS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 16-647-CFC |
| | : | |
| MITRA QSR KNE, LLC, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this Fourth day of June in 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that Defendant Mitra QSR KNE, LLC's "Motion for Judgment as a Matter of Law or, in the Alternative, Motion for a New Trial" (D.I. 168) is **GRANTED IN PART AND DENIED IN PART**:

1. Defendant's motion "for an Order granting it judgment as a matter of law on Plaintiff's hostile work environment claims" is **GRANTED**.

2. Defendant's motion "that the Court order a new trial under Fed. R. Civ. P. 59 on Plaintiff's disparate-treatment claims" is **GRANTED**.

3. The remainder of D.I. 168 is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

_____
COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE