

750 Shipyard Drive, Suite 200
Wilmington, DE 19801
(302) 656-5445
(302) 656-5875 (fax)

28412 DuPont Blvd., Suite 104
Millsboro, DE 19966
(302) 934-1234
(302) 934-5143 (fax)

March 2, 2021

**VIA CM/ECF ONLY**
The Honorable Colm F. Connolly
U.S. District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 31, Room 4124
Wilmington, DE  19801-3555

      Re:    *Lampkins v. Mitra QSR KNE, LLC*
               C.A. 1:16-cv-00647 CFC

Dear Judge Connolly:

      I received your Oral Order dated today that is likely in response to yesterday's letter sent by me on behalf of both parties.  Your Honor's Oral Order schedules a teleconference for Thursday, March 4, 2020, at noon EST.  Unfortunately, I am not available at that time.  My father has some sort of malady that could not be diagnosed by his physicians in West Virginia.  As the malady affects his ability to drive long distances, I drove to West Virginia, picked him up, and drove him to the Mayo Clinic in Rochester, Minnesota, which is where I am currently located.  His closing consultation with the Mayo Clinic is scheduled for 10:45 a.m. CST on Thursday, March 4.  I plan to attend that consultation with him to hear what has been discovered.  I do not anticipate the closing consultation only lasting 15 minutes, and I therefore will not be available to participate in the conference call.  I respectfully request that the conference call be re-scheduled.  I apologize for any inconvenience.

                              Respectfully Submitted,

                              /s/ Patrick C. Gallagher

                              Patrick C. Gallagher
                              (DE Bar 5170)

cc:    Jo Bennett, Esq.  (via CM/ECF only)
         Samantha Banks, Esq. (via CM/ECF only)
         Kristi Doughty, Esq. (via CM/ECF only)