IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AUTUMN LAMPKINS,<br><br>      Plaintiff,<br><br>      v.<br><br>MITRA QSR KNE, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)  Case No. 1:16-cv-00647-CFC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

COME NOW the Parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to dismiss this action with prejudice. This Court shall retain jurisdiction to enforce the terms of the parties' agreement to resolve the action.

| | |
|---|---|
| **JACOBS & CRUMPLAR, P.A.** | **SCHNADER HARRISON SEGAL & LEWIS LLP** |
| /s/ Patrick C. Gallagher | /s/ Kristi J. Doughty |
| Patrick C. Gallagher, Esq. (DE Bar 5170) | Kristi J. Doughty, Esq. (DE Bar 3826) |
| Raeann C. Warner, Esq. (DE Bar 4931) | Richard A. Barkasy (DE Bar 46830) |
| 750 Shipyard Drive, Suite 200 | 824 North Market Street, Suite 800 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (t) (302) 656-5445 | (t) (302) 482-4038 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |